# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

CANDACE RIMES,

    Plaintiff,

v.

RACETRAC, INC.,

    Defendant.

CASE NO. 8:24-cv-02430-MSS-AEP

## DISCLOSURE STATEMENT PURSUANT TO
## FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, Defendant, RaceTrac, Inc. ("Defendant") makes the following disclosure(s).

1. If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:

   **None known.**

2. If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor: [To identify the citizenship of a partnership, LLC, or other unincorporated entity, a party must list the citizenships of all members or partners of that entity.[1]]

   **Plaintiff, Candace Rimes – Florida**

   **Defendant, RaceTrac, Inc. – Georgia**

---

[1] See Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C., 374 F.3d 1020, 1022 (11th Cir. 2004). Where a member of the party is also an unincorporated entity, its members must also be identified continuing on through however many layers of partners or members there may be. See Purchasing Power, LLC v. Bluestem Brands, Inc., 851 F.3d 1218, 1220 (11th Cir. 2017); D.B. Zwirn Special Opportunities Fund, L.P. v. Mehrotra, 661 F.3d 124, 125-27 (1st Cir. 2011).

3. Identify each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

   **Plaintiff, Candace Rimes**

   **Jason W. Imler, Plaintiff's counsel**

   **Alberto Gonzalez, Plaintiff's counsel**

   **Defendant, RaceTrac, Inc.**

   **FordHarrison LLP, Defendant's counsel**

   **Daniel K. Miles, Esquire, FordHarrison LLP**

   **Charles W. Hoffman, Esquire, FordHarrison LLP**

4. Identify each entity with publicly traded shares or debt potentially affected by the outcome:

   **None known apart from the above.**

5. Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:

   **None known.**

6. Identify each person arguably eligible for restitution:

   **None not already identified in response to Question No. 3.**

☒   I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Dated this 1st day of November, 2024.

Respectfully submitted,

FORD & HARRISON LLP

By:    */s/ Daniel K. Miles*
     Daniel Miles
     Florida Bar No. 119930
     dmiles@fordharrison.com
     401 East Jackson Street
     Suite 2500
     Tampa, FL  33602
     813-261-7800

     Charles Hoffman
     Georgia Bar No.  165556
     *Admitted Pro Hac Vice*
     choffman@fordharrison.com
     271 17th Street, NW, Suite 1900
     Atlanta, GA 30363
     404-888-3850

     *Attorneys for RaceTrac, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 1, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to:

Jason W. Imler
Alberto "Tito" Gonzalez.
**Imler Law**
23110 State Road 54, Unit 407
Lutz, Florida 33549
Jason@ImlerLaw.com
Tito@ImlerLaw.com

     /s/   *Daniel K. Miles*
     Attorney